IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DANA STEPHENSON, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | No.  12-2413 |
| : | |
| NATIONAL RAILROAD PASSENGER : | |
| CORPORATION ("AMTRAK"), : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW,** this  17th day of October, 2012, upon consideration of Defendant National Railroad Passenger Corporation's ("AMTRAK") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 (a) (Doc. No. 8), the Opposition to Defendant's Motion to Transfer Venue by Plaintiff Dana Stephenson, and AMTRAK's Reply Brief in Further Support of Motion for Transfer of Venue, it is hereby **ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this case shall be **TRANSFERRED** to the United States District Court for the Eastern District of Virginia.

BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY,          SR. J.